**1**

Harvey R. THOMPSON et al., Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. September 15, 1924.) No. 6628. In Error to the District Court of the United States for the District of Wyoming. F. E. Anderson, of Laramie, Wyo., and Roderick N. Matson, of Cheyenne, Wyo., for plaintiffs in error. Albert D. Walton, U. S. Atty., of Cheyenne, Wyo.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error, under rule 24.

**2**

Jiles R. TRAVIS, Plaintiff in Error, v. Thomas P. HEFFERNEN et al. (Circuit Court of Appeals, Eighth Circuit. March 22, 1924.) In 6538. In Error to the District Court of the United States for the Western District of Oklahoma. B. M. Parmenter and Arch M. Parmenter, both of Lawton, Okl., for plaintiff in error. J. H. Everest, of Oklahoma City, Okl., and W. C. Stevens and J. H. Cline, both of Lawton, Okl., for defendants in error.

PER CURIAM. Writ of error dismissed, with costs, on motion of plaintiff in error and consent of defendant in error.

**3**

UNITED STATES, Appellant, v. Susie STARR. (Circuit Court of Appeals, Eighth Circuit. October 9, 1924.) No. 6693. Appeal from the District Court of the United States for the Eastern District of Oklahoma. O. H. Graves, of Pryor, Okl., H. B. Reubelt, of Eufaula, Okl., and W. N. Dannerberg, for the United States. A. C. Sewell and W. J. Crump, both of Muskogee, Okl., for appellee.

PER CURIAM. Appeal dismissed, without costs to either party in this court, per stipulation of parties.

**4**

UNITED STATES ex rel. Rachael GOLDBAUM and Raisel Goldbaum, Relators-Appellants, v. COMMISSIONER OF IMMIGRATION, etc., Respondent-Appellee. (Circuit Court of Appeals, Second Circuit, October 20, 1924.) No. 47. Appeal from the District Court of the United States for the Southern District of New York. Joseph G. M. Browne, of New York City (Barnett E. Kopelman, of New York City, on the brief), for relators-appellants. William Hayward, U. S. Atty., of New York City, for respondent-appellee. Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Order (298 F. 118) affirmed.

**5**

UNITED STATES ex rel. Nachman TOLMACH and Another, Relators-Appellants, v. Henry H. CURRAN, as Commissioner, etc., Respondent-Appellee. (Circuit Court of Appeals, Second Circuit. October 10, 1924.) No. 22. Appeal from the District Court of the United States for the Southern District of New York. Goldfogle & Dorf, of New York City (Irving S. Dorf, of New York City, of counsel), for appellants. William Hayward, U. S. Atty., and Morris Streusand, both of New York City, for appellee. Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Appeal dismissed in open court.

**6**

Cuthbert O. VALENTINE, Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. April 1, 1924.) No. 6603. In Error to the District Court of the United States for the Western District of Arkansas. R. W. Wilson, of Pine Bluff, Ark., for plaintiff in error. S. S. Langley, U. S. Atty., of Ft. Smith, Ark.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of plaintiff in error and consent of defendant in error.

**7**

Paul VAN ACKEREN, Alleged Bankrupt, Appellant, v. FARMERS' STATE BANK OF RAEVILLE et al. (Circuit Court of Appeals, Eighth Circuit. October 23, 1924.) No. 6855. Appeal from the District Court of the United States for the District of Nebraska. W. J. Donahue, of Albion, Neb., for appellant. H. C. Vail, of Albion, Neb., for appellees.

PER CURIAM. Appeal docketed and dismissed, with costs, per stipulation of parties.

**8**

Bill WALTON et al., Plaintiffs in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 29, 1924.) No. 6346. In Error to the District Court of the United States for the Western District of Missouri. Clif Langsdale, of Kansas City, Mo., for plaintiffs in error. C. C. Madison, U. S. Atty., of Kansas City, Mo.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, for want of prosecution.